Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

PEDRO GARCIA

vs

COUNTY OF SAN DIEGO, and
DOES 1 through 100, inclusive

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0195 BTM JMA

FILED
08 JAN 31 PM 4:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

MARK D POTTER / RUSSELL C. HANDY SBN 166317/195058
The Center for Disability Access, LLP
100 East San Marcos Blvd., Suite 400, San Marcos, CA 92069
Phone # (760) 480-4162

   An answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JAN 31 2008

W. Samuel Hamrick, Jr.

CLERK
J. PARIS

DATE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

ORIGINAL