| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|
| CENTER FOR DISABILITY ACCESS, LLP<br>MARK D. POTTER, ESQ., 166317<br>100 EAST SAN MARCOS BLVD. STE. 400<br>SAN MARCOS, CA 92069 | (760) 480-4162 | |
| ATTORNEY FOR (Name): | Ref. No. or File No.<br>LAUREN/GARCIA | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
880 FRONT STREET - SUITE 4290
SAN DIEGO, CA 92101

PLAINTIFF:
GARCIA

DEFENDANT:
COUNTY OF S.D.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08 CV 0195 BTM JMA |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS; COMPLAINT; CIVIL COVER SHEET

ON: COUNTY OF SAN DIEGO

AT 1600 PACIFIC COAST HIGHWAY, SUITE 402
SAN DIEGO, CA 92101

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
MARIA GAINES, - BOARD CLERK - AUTHORIZED TO ACCEPT

ON: 02/25/2008
AT: 09:10 am

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: $42.50
Registered California process server.
County: San Diego
Registration No.: 968
Diversified Legal Services, Inc.
4665 Park Blvd
San Diego, CA 92116
6192608224

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 27, 2008** at **San Diego,** California.

Signature: _____
JOHN CARR 107004A

**PROOF OF SERVICE**

Order#: 107004A/GProof39