UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO GARCIA, ) | Case No. 08-CV-0195-BTM (JMA) |
| ) | |
| Plaintiff, ) | **ORDER SCHEDULING TELEPHONIC** |
| ) | **CASE MANAGEMENT CONFERENCE** |
| v. ) | |
| ) | |
| COUNTY OF SAN DIEGO, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

The Court convened a telephonic Case Management Conference on September 11, 2008 at 9:30 a.m.

**IT IS HEREBY ORDERED** that a telephonic Case Management Conference will be held on **October 8, 2008** at **9:30 a.m.** Counsel for each party shall participate in the conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: September 11, 2008

_____
Jan M. Adler
U.S. Magistrate Judge

08cv0195